IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 20-230-1 |
| ANTOINE DAVIS | : | |

**ORDER**

**AND NOW**, this 29th day of January 2021, upon consideration of Defendant Antoine Davis' Motion for Revocation of the Pretrial Detention Order (ECF No. 16), and the Government's response thereto (ECF Nos. 17 and 18), and after a virtual hearing on January 21, 2021, it is **ORDERED** that the Motion is **DENIED** for the reasons stated at the hearing and in the accompanying Memorandum.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**