AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

United States of America
v.
ANTOINE DAVIS

*Defendant*

Case No. 20cr230

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ANTOINE DAVIS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 841(a)(1), (b)(1)(A) (possession with intent to distribute 5 kilograms or more of cocaine - 1 count);
18 U.S.C. 924(c) (possession of a firearm in furtherance of drug trafficking crime);
18 U.S.C. 922 (g)(1) (felon in possession of a firearm)

Date: 08/06/2020

s/ Ann Murphy
*Issuing officer's signature*

City and state: Philadelphia, PA

Kate Barkman, Clerk of Court
U.S. District Court, Eastern District of PA

Ann Murphy - Supervisor
*Printed name and title*

**Return**

This warrant was received on *(date)* 8-6-20, and the person was arrested on *(date)* 10-27-20
at *(city and state)* [illegible].

Date: 10-27-20

ATF
*Arresting officer's signature*

*Printed name and title*