APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

United States                                :
                                             :
    v.                                       :
                                             :
Antoine Davis                                :     NO. 20-CR-230 (RBS)

ORDER

AND NOW, this _____ Day of _____, 2022, it is hereby

ORDERED that the application of Anthony Petrone_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                                                                   J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No#  20-CR-230 (RBS)

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Anthony Petrone__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.   I state that I am currently admitted to practice in the following state jurisdictions:

| New York | 1/2000 | 3021540 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| New Jersey | 5/1999 | 008031999 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   I state that I am currently admitted to practice in the following federal jurisdictions:

| Southern District NY | 11/2003 | JM3487 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Eastern District NY | 11/2003 | JM3487 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for     **Antoine Davis,**

_____
(Applicant's Signature)

4/22/22
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

John Meringolo, Esq., Meringolo & Associates, P.C.
375 Greenwich Street
New York, NY 10013

Sworn and subscribed before me this

____ Day of _____, 200___

_____
Notary Public

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Anthony Petrone__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Anthony Petrone | [signature] | 09/21/1992 | 42242 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

1717 Arch Street, Philadelphia, PA 19103  215-569-1000

Sworn and subscribed before me this
26th Day of April, ~~200~~ 2022

_Angela M. Watts_
Notary Public

Commonwealth of Pennsylvania - Notary Seal
ANGELA M. WATTS, Notary Public
Philadelphia County
My Commission Expires February 4, 2023
Commission Number 1260584

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States | : |
| v. | : |
| Antoine Davis | : NO. 20-CR-230 (RBS) |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Anthony Petrone__ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Representation of defendant Antoine Davis in U.S. v. Davis, 20-CR-230 (RBS)

_____
Signature of Attorney

John Meringolo
Name of Attorney

Anthony Petrone
Name of Moving Party

4/22/22
Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSLYVANIA
-------------------------------------------------X
UNITED STATES OF AMERICA,

v.

ANTOINE DAVIS,
                           Defendant.
-------------------------------------------------X

20-CR-230 (RBS)

AFFIRMATION IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

JOHN MERINGOLO affirms under penalty of perjury as follows:

1. I earned my Juris Doctor degree from New York Law School in 1999. I have been admitted to practice law in the State of New York since 2000. I am also admitted to practice in New Jersey State, the Southern and Eastern Districts of New York, the Second Circuit Court of Appeals, the Third Circuit Court of Appeals, and the United States Supreme Court.

2. I opened my own practice in 2003, which specialized in federal criminal defense.

3. I have never been disciplined by any bar or court.

4. Defendant Antoine Davis would like my firm to represent him in the above-captioned criminal matter.

5. As I am not admitted to practice before this Court, I submit this affirmation in support of my motion to be admitted *pro hac vice*.

Dated: April 22, 2022
New York, NY

*signature*

_____

John Meringolo, Esq.