IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 20-CR-230(RBS) |
| v. | : |
| ANTOINE DAVIS | : |

**AMENDED ORDER**

AND NOW, this _____ day of _____, 2022, upon consideration of the within Amended Motion for Admission Pro Hac Vice, it is hereby ORDERED that the application of John Meringolo, Esquire to practice in this Court is GRANTED.

BY THE COURT:

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 20-CR-230(RBS) |
| v. | : |
| ANTOINE DAVIS | : |

## AMENDED APPLICATION OF JOHN MERINGOLO, ESQUIRE SEEKING TO PRACTICE IN THIS COURT

### I. APPLICANT'S STATEMENT

I, John Meringolo, Esquire, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court, and am submitting a credit card payment for the $40.00 admission fee.

**A.** I state I am currently admitted to practice in the following state jurisdictions:

| States Where Admitted: | New York | New Jersey |
|---|---|---|
| Admission Dates: | 1/2000 | 5/1999 |
| Attorney Identification No. | 3021540 | 008031999 |

**B.** I state that I am currently admitted to practice in the following federal jurisdictions:

| | |
|---|---|
| Court Where Admitted: | Southern District New York |
| Admission Date: | 11/2003 |
| Attorney Identification No. | JM3487 |

| | |
|---|---|
| Court Where Admitted: | Eastern District New York |
| Admission Date: | 11/2003 |
| Attorney Identification No. | JM3487 |

**C.** I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for Antoine Davis.

_____
JOHN MERINGOLO

DATE: April 27, 2022

Applicant's Firm Name, Address and Telephone Number:

John Meringolo, Esquire
Meringolo & Associates, P.C.
375 Greenwich Street
New York, New York 10013

SWORN TO AND SUBSCRIBED :
Before me this 27th DAY :
Of April, 2022 :

_____
NOTARY PUBLIC

ANJELICA BIANCA CAPPELLINO
Notary Public, State of New York
Reg. No. No. 02CA6263272
Qualified in Kings County
Commission Expires 6-11-2024

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of John Meringolo, Esquire to practice in said court, and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

Sponsor's Name:   Anthony J. Petrone, Esquire

Sponsor's Signature:   _____

Admission Date:   09/21/1992

Attorney I.D. No.   42242

Sponsor's Office Address and Telephone Number:

1717 Arch Street, Suite 320, Philadelphia, Pa. 19103; 215-569-1000.


SWORN TO AND SUBSCRIBED   :
Before me this 27th day of April,   :
2022   :

_Angela M. Watts_
NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
ANGELA M. WATTS, Notary Public
Philadelphia County
My Commission Expires February 4, 2023
Commission Number 1260584

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 20-CR-230(RBS) |
| v. | : |
| ANTOINE DAVIS | : |

## AMENDED AFFIRMATION IN SUPPORT OF
## MOTION FOR PRO HAC VICE ADMISSION

JOHN MERINGOLO, ESQUIRE affirms under penalty of perjury as follows:

1. I earned my Juris Doctor degree from New York Law School in 1999. I have been admitted to practice law in the State of New York since 2000. I am also admitted to practice in New Jersey State, the Southern and Eastern Districts of New York, the Second Circuit Court of Appeals, the Third Circuit Court of Appeals, and the United States Supreme Court.

2. I opened my own practice in 2003, which specialized in federal criminal defense.

3. I have never been disciplined by any bar or court.

4. Defendant Antoine Davis would like my firm to represent him in the above captioned criminal matter.

5. As I am not admitted to practice before this Court, I submit this affirmation in support of my motion to be admitted pro hac vice.

DATE: __4/27/2022__      _____/s/ John Meringolo_____
                                               JOHN MERINGOLO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 20-CR-230(RBS) |
| v. | : |
| ANTOINE DAVIS | : |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of John Meringolo, Esquire to practice in this Court and the relevant proposed Order which, if granted, would permit such practice in this Court was served electronically filed with the Clerk of the U.S. District Court for the Eastern District of Pennsylvania and is available for viewing and downloading by the following:

Anthony J. Petrone, Esquire
1717 Arch Street, Suite 320
Philadelphia, Pa. 19103

_____
JOHN MERINGOLO
375 Greenwich Street
New York, New York

DATE: __4/27/2022__