**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NUMBER: 20-230** |
| **v.** | | |
| | : | |
| **ANTOINE DAVIS** | | |

**SUPPLEMENT TO DEFENDANT ANTOINE DAVIS' MOTION FOR CONTINUANCE OF TRIAL AND WAIVER OF SPEEDY TRIAL UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161**

**NOW COMES** Antoine Davis, through his attorney, Dennis Cogan, Esquire, who submits this supplement to his Motion for Continuance and Waiver of Speedy Trial under the Speedy Trial Act filed by his counsel on June 8, 2022:

1. Trial is now scheduled for August 8, 2022 and a pretrial suppression hearing is scheduled on July 14, 2022. Defendant's undersigned counsel requested a continuance of these court listings because he is unavailable to proceed on the scheduled dates.

2. The defendant understands his right to a speedy trial pursuant to 18 U.S.C. § 3161 as a result of extensive discussions with his undersigned counsel.

3. The defendant waives his right to a speedy trial pursuant to 18 U.S.C. § 3161 and requests that the Court continue his trial presently scheduled for August 8, 2022 and the pretrial suppression hearing until October 2022.

4. The end of justice served by granting this continuance outweighs the best interest of the public and the defendant in a speedy trial.

**WHEREFORE**, the defendant respectfully requests that the Court grant this motion to continue trial and pretrial proceedings until October 2022.

Respectfully submitted,

Dennis Cogan

Dennis Cogan
2000 Market Street, Suite 2803
Philadelphia, Pennsylvania 19103
(215) 545-2400
Attorney I.D. # 09874
Attorney for Defendant
Antoine Davis

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Supplement to Motion for Continuance of Trial and Pretrial Suppression Hearing and Waiver of Speedy Trial Under the Speedy Trial Act, 18 U.S.C. § 3161 has been electronically filed with the Clerk of the United States District Court for the Eastern District of Pennsylvania and is available for viewing and downloading by the following:

Derek Hines, A.U.S.A.
United States Attorney's Office
615 Chestnut Street
Suite 1250
Philadelphia, Pennsylvania 19106

/s/ Dennis Cogan
DENNIS COGAN
2000 Market Street
Suite 2803
Philadelphia, Pennsylvania 19103
215-545-2400
Identification No. 09874
Attorney for Defendant
Antoine Davis

DATE: June 14, 2022