**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **INFORMATION FILED UNDER SECTION 851 OF TITLE 21, U.S.C., RELATING TO SUPERSEDING INFORMATION IN CRIM NO. 20-230** |
| **v.** | : | |
| **ANTOINE DAVIS** | : | |

**INFORMATION CHARGING PRIOR OFFENSE**

Jacqueline C. Romero, United States Attorney for the Eastern District of Pennsylvania, hereby provides written notice that defendant Antoine Davis, who is charged by superseding information in this matter, is subject to increased punishment under Title 21, United States Code, Section 841(b), as a result of the following previous conviction:

A final conviction for a serious drug felony, that is, a conviction on or about July 10, 1998, in the United States District Court for the Eastern District of Pennsylvania, for possession with intent to distribute cocaine base, in violation of 21 U.S.C. § 841(a)(1), for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the offenses charged in the superseding information.

JACQUELINE C. ROMERO
United States Attorney

*/s/ Derek E. Hines*
DEREK E. HINES
FRANCIS A. WEBER
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this Information Charging Prior Offenses has been served on the defense counsel via email:

Dennis C. Cogan, Esq.
Anthony J. Petrone, Esq.

*/s/ Derek E. Hines*
FRANCIS A. WEBER
Assistant United States Attorney

DATED: December 9, 2022